UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: William T. Hynes  :  Chapter 13
:
:
Debtor(s)  :  Bky. No. 12-10062
:

## ORDER DISMISSING CASE

AND NOW, to wit, this **23** day of February, 2012 it is ORDERED that since the debtor has failed to timely file the documents required by the order dated January 4, 2012 this case be and the same is hereby **DISMISSED**.

Atty Disclosure Statement
Chapter 13 Plan
Schedules A-J
Statement of Financial Affairs
Statement of Current Monthly Income
Statistical Summary of Certain Liabilities
Summary of schedules

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE